IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SEALED

FILED

JUL 15 2026

BONNIE HACKLER
Clerk, U.S. District Court
By_______________
Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>*Plaintiff,*<br>v.<br>**BOBBY RAY SKAGGS,**<br>*Defendant.* | **SEALED**<br>**Case No.** CR 26-099 RAW |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### POSSESSION OF CERTAIN MATERIAL INVOLVING THE SEXUAL EXPLOITATION OF A MINOR [18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)]

Beginning in or about January 2019, and continuing until in or about December 2025, in the Eastern District of Oklahoma, the defendant, **BOBBY RAY SKAGGS**, did knowingly possess and access with the intent to view, one or more matters which contained visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), including visual depictions of prepubescent minors and minors who had not attained twelve years of age, and said visual depictions are of such sexually explicit conduct and had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and which was produced using materials which have been so shipped and so transported, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**FORFEITURE ALLEGATION**
**[18 U.S.C. § 2253]**

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of any of the violation charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2), defendant, **BOBBY RAY SKAGGS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property subject to forfeiture, pursuant to Title 18, United States Code, Section 2253, includes, but is not limited to the following items:

- one (1) Western Digital 2 TB HDD, S/N: WMAZA5785015;
- one (1) Seagate 1000 GB HDD, S/N: Z4Y1MCK5;
- one (1) IPHONE, S/N: V9TH90LGWG;
- one (1) Seagate 500 GB HDD, S/N: 9QG6W6Q4;
- one (1) Western Digital 40 GB HDD, S/N: WMAD11526560;

- one (1) Seagate Barracuda 120 GB HDD, S/N: 5JS2YRF6;
- one (1) Western Digital 150 GB HDD, S/N: WXL508084336;
- one (1) Western Digital 320 GB HDD, S/N: WCAT1D764284;
- one (1) Western Digital 40 GB HDD, S/N: WMAAT6575243;
- one (1) Amazon Tablet, Model: M2V3R5;
- one (1) Western Digital 8 TB HDD, S/N: VGK7YLTG;
- one (1) Western Digital 1 T HDD, S/N: WCAU43970757;
- one (1) Hitachi 1 TB HDD, S/N: JP6960HD3XZ4HR;
- one (1) Seagate 4 TB HDD, S/N: NA8FY56Q; and
- one (1) Samsung SSD 250 GB, S/N: S1DBNSAF240968B.

A TRUE BILL:

Pursuant to the E-Government Act the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

JESSIE K. PIPPIN, OBA # 33905
Assistant United States Attorney